# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

## PRO SE PRISONER CIVIL RIGHTS COMPLAINT

CASE NO. 3:11 cv 1565 (RNC)

**PLAINTIFF(S)**

Velmon Braswell

MACDOUGALL C.I. H-81

1153 EAST Street South

SuffIELD, CT 06080



FILED 2011 OCT 12 P 2: 4 U.S. DISTRICT COURT BRIDGEPORT, CONN.

**vs. DEFENDANT(s)**

1) Victor Conley, Chief Judicial Marshal Service Court House 123 Hoyt St. Stamford Ct.06905
2) Joe Suda, Supervisor Marshal 123 Hoyt St. Stamford Ct.06905
3) Mr. Birch, Supervisor Marshal 123 Hoyt St. Stamford Cy.06905
4) Alvardo, Lead Marshal 123 Hoyt St. Stamford Ct.06905
5) Peter Ferraro, Marshal 123 Hoyt St. Stamford Ct.06905
6) Jason Walker, Marshal 123 Hoyt St. Stamford Ct.06905
7) Samual Rosario, Marshal 123 Hoyt St. Stamford Ct.06905
8) Mr. Cornish, Marshal 123 Hoyt St. Stamford Ct.06905
9) Troy Pivamik, Marshal 123 Hoyt St. Stamford Ct.06905
10) Victor Davilla, Marshal 123 Hoyt St. Stamford Ct.06905
11) Mr. Martinez, Marshal 123 Hoyt St. Stamford Ct.06905
12) Mr. Caribe, Marshal 123 Hoyt St. Stamford Ct.06905

Each Defendant is sued individual capacity. At all times mention in this complaint each defendant acted under the color of the state law.

(1)

**A.    JURISDICTION**


I can bring my complaint in federal court because I am suing:

1. St. Employees (State) county or city employees for violating my
   federal rights under 42 U.S.C. Sec. 1983; OR

2. _____ Federal employees for violating my federal rights
   under *Bivens v. Six Unknown Named Agents of Fed. Bureau of
   Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. Sec. 1331.


**B.    PLAINTIFF(S)** (THE PERSON(S) FILING THIS COMPLAINT)


1. <u>First Plaintiff</u>

    a.   Full Name: Velmon Braswell

    b.   Inmate Number: 113932

    c.   Correctional facility: MacDougall Walker C.I.

    d.   State of citizenship: Yes   Suffield, Ct.06080

2. <u>Second Plaintiff</u>

    a.   Full Name:

    b.   Inmate Number:      (NONE)

    c.   Correctional facility:

    d.   State of citizenship:

C.   **DEFENDANT(S)** (THE PERSON(S) WHOSE ACTIONS YOU ARE COMPLAINING ABOUT)

1.   First Defendant

   a.   Full Name: Victor Conley

   b.   Rank or Title: Chief Judicial Marshall

   c.   Workplace: Stamford Court House 123 Hoyt St. Stamford Ct.06905

2.   Second Defendant

   a.   Full Name: Joe Suda  BAdge NUMber 2173

   b.   Rank or Title: Supervisor Judicial Marshall

   c.   Workplace: Stamford Court House 123 Hoyt St. Stamford Ct.06905

3.   Third Defendant

   a.   Full Name: Mr. Birch

   b.   Rank or Title: Supervisor Judicial Marshall

   c.   Workplace: Stamford Court House 123 Hoyt St. Stamford Ct.06905

4.   Fourth Defendant

   a.   Full Name: Alvardo

   b.   Rank or Title: Lead Judicial Marshall Badge#████

   c.   Workplace: Stamford Court House 123 Hoyt St. Stamford Ct.06905

5.   Fifth Defendant

   a.   Full Name: Peter Ferraro

   b.   Rank or Title: Judicial Marshall Badge#3243

   c.   Workplace: Stamford Court House 123 Hoyt St.Stamford Ct.06905

6.   Sixth Defendant

   a.   Full Name: Jason Walker,Badge#3378

   b.   Rank or Title: Judicial Marshall

   c.   Workplace: Stamford,Ct.06905 123 Hoyt St.



See ATTACH
OTHER
DE FENDANT(S)
NEXT PAGE

Con't,

C. **DEFENTANT(S)** (THE PERSON(S) WHOSE ACTIONS YOU ARE COMPLAINING ABOUT)



7. ▓▓▓▓▓ Defendant
   a. Full Name: Samual Rosario
   b. Rank or Title: Judicial Marshall
   c. Workplace: Stamford Court House 123 Hoyt St.Stamford Ct.06905

8. ▓▓▓▓▓ Defendent
   a. Full Name: Mr. Cornish
   b.Rank or Title: Judicial Marshall
   c. Workplace: Stamford Court House 123 Hoyt St. Stamford Ct.06905

9. ▓▓▓▓▓ Defendent
   a. Full Name: Troy Pivamik, BAdge Number 3009
   b. Rank or Title: Judicial Marshal
   c. Workplace: Stamford Court House 123 Hoyt St. Stamford Ct.06905

10. ▓▓▓▓▓ Defendent
    a. Fullname: Victor Davilla, BAdge Number 3422
    b. Rank or Title: Judicial Marshall
    c. Workplace: Stamford Court House 123 Hoyt St. Stamford Ct.06905

11. ▓▓▓▓▓ Defendent
    a. Full Name: Mr. Martinez
    b. Rank or Title: Judicial Marshall
    c. Workplace: Stamford Court House !23 Hoyt St. Stamford Ct.06905

12. ▓▓▓▓▓ Defendent
    a. Full Name: Mr. Caribe
    b. Rank or Title: Judicial Marshal
    c. Workplace: Stanford Court House 123 Hoyt St. Stamford Ct.06905



(4)

**D.   PREVIOUS LAWSUITS RELATED TO THIS CASE**

1.   First Lawsuit

    a.   Court and Date filed:   **None**

    b.   Caption and Docket No.:

    c.   Briefly, what was this lawsuit about?

    d.   Did you win or lose?  If you lost, did you appeal? If you appealed, what did the appeals court say?

2.   Second Lawsuit

    a.   Court and Date filed:   **N/A**

    b.   Caption and Docket No.:

    c.   Briefly, what was this lawsuit about?

    d.   Did you win or lose?  If you lost, did you appeal? If you appealed, what did the appeals court say?

3.   Third Lawsuit

    a.   Court and Date filed:   **N/A**

    b.   Caption and Docket No.:

    c.   Briefly, what was this lawsuit about?

    d.   Did you win or lose?  If you lost, did you appeal? If you appealed, what did the appeals court say?

( 5 )

**E.   OTHER LAWSUITS**

1.   <u>First Lawsuit</u>

   a.   Court and Date filed:   **N/A**

   b.   Caption and Docket No.:

   c.   Briefly, what was this lawsuit about?


   d.   Did you win or lose?  If you lost, did you appeal? If you
        appealed, what did the appeals court say?


2.   <u>Second Lawsuit</u>

   a.   Court and Date filed:   **N/A**

   b.   Caption and Docket No.:

   c.   Briefly, what was this lawsuit about?


   d.   Did you win or lose?  If you lost, did you appeal? If you
        appealed, what did the appeals court say?


3.   <u>Third Lawsuit</u>

   a.   Court and Date filed:   **N/A**

   b.   Caption and Docket No.:

   c.   Briefly, what was this lawsuit about?


   d.   Did you win or lose?  If you lost, did you appeal? If you
        appealed, what did the appeals court say?

F.

**Exhaustion of Legal Remedies with Judicial Marshal's Branch Mr. Libbin.**

**Plaintiff Braswell Exhausted all available Administrative Remedies.**

See Attach
Exhibit (5)
21 pages
under
Exhaustion

(7)

G.

STATEMENT OF CASE, FACTS

1. The first incident, dated 4/28/2010 of the morning hours I was physically injured by members of the State of Connecticut Judicial Marshals Service.

2. I had to go to the hospital in Stamford Connecticut due to the actions of Judicial Marshals: Peter Ferraro, badge number 3243; Jason Walker, badge number 3378 and John Doe(white male). All of the Marshals used unjustified use of force causing personal injury to my left wrist, arm and hand. During said abuse I was handcuffed behind my back and was also wearing leg shackles. See attached copies of facts and hospital reports along with exhibit-A.

3. The second incident, dated 7/20/2010 of the morning hours, I was physically assaulted and abused again by the Marshals service. This time it was Marshal Samuel Rosario and Marshal Cornish. They pushed me in the small of my back causing me to fall forward because I was hand cuffed behind my back and wearing leg shackles at the time. I hit the left side of my face, head, knee and hip. I also suffered injuries to my lower back.

4. I asked to go to the hospital. The court along with Chief Marshal Victor Corley and supervisor Joe Suda refused to send me to the hospital for my injuries. On the very next day, 7/21/2010 I requested them to call the Connecticut State Police so I could report the assault committed by the the above named Marshals.
See attached copies of facts and medical reports. Also see State Police report and Exhibit-B.

5. The third incident dated 7/27/2010 I was again in the Stamford Court. This time I was physically hurt and hurt very bad by a number of Judicial Marshals and Supervisors due to prejudiced and biased acts against me.

6. A Jane Doe Marshal took my pain medication (tylenol) away from me and refused to give it back to me. I asked Chief Marshal Corley and other Marshals for my pain medication and was promptly told, "No".

7. At this point Chief Corley and other Marshals came into cell 17, cuffed me behind my back (I was already shackled) and picked me up into the air. They hurt me while abusing me. At this point I was in a lot of pain from injuries that I had suffered on 4/28/2010 and 7/20/2010. Now, due to the three separate assaults by the defendants, I have an ongoing medical problem.

8. All Supervisors, Chief Corley, Joe Suda. Mr. Birch and Lead Marshal Alvarado failed to stop the abuse that was being done to me the plaintiff, Braswell. All the above supervisors did know about the actions of the other defendants in this case and failed to stop them. Other Marshals, Mr. Caribe, Davilla, Martinez, Ferraro, Pivamik, and Marshal Jane Doe.
See attached statement of facts, medical reports and Exhibit-C

See Attach
Statement and
Claims and facts
NEXT PAGES

( 8 )

The first incident, 4/28/2010, Statement And Claim Fact's

Braswell Vs Judicial Marshal's Service of Connecticut.

9. On 4/28/2010, I was picked up by the Judicial Marshal's Service at the Bridgeport Correctional Center where I was awaiting trial in pre-trial holding. At this point I was put on the Judicial Marshal's Service van and transported to the Stamford Court House. I got to the court house that morning and was put in a holding cell to wait to go up to the court room to start jury selection for my trial. Before the jury selection started I asked the judge on my case to allow me to proceed Pro-Se due to ongoing problems with my attorney from the Public Defenders office. I also asked for his removal from my case at this time. I then asked for the attorney to hand over the discovery on my case. The Judge refused to grant my request. At this point I asked the judge to allow me to leave the court room. I felt that I was not being treated right and that I have the "rights" to proceed in Pro-Se and I did not agree with the judge at all. Note:

10. I was "handcuffed" behind my back, and was "shackled" at all times. At no time did I pose any kind of threat to the judge or any other persons in the court room, nor did I attempt to flee at any time. I was attacked and was "physically injured" to my left arm, wrist, and hand. Due to the unjust actions of the following Judicial Marshal's Peter Ferraro, Badge number 3243 and Judicial Marshal Jason Walker Badge number 3378 and Judicial Marshal, John Doe 1. Note: Marshal Peter Ferraro did use unjustified force to my left hand, arm, and wrist on the day in question. Note: I did yell at him and the other Marshal's to quit hurting me. Marshal Peter Ferraro continued to apply excessive pressure to my left hand real hard. That was when I felt my hand, wrist, and arm pop causing me to yell out in severe pain. Note: this happened in the holding cell area. Marshal

11. Peter Ferraro and the other above named Marshals hurt me due to their Predjudiced and Biased act" against me. At this point I yelled that I was hurt and needed to go to the hospital due to my injuries. At this point I was picked up and taken to the Stamford hospital by an ambulance for my left hand, arm, and wrist because they were severely swollen and in pain. The complications were aggravated due to past operations on the said area. Now I have to wear a hand, wrist and arm brace and to this day I'm still in pain. I am still waiting for info from the Judicial branch Legal Services Deputy Director, Mr. Martin Libbin to send me the name of John Doe #1, Marshal who took all of the hospital reports given to me. I've been taking pain medication for more than a year now and may require a new operation on my hand, wrist and arm again due to the reckless actions of the above named Marshal's.

> See Attached Exhibit A
> Hospital Reports
> Medical Reports

<u>Second Incident</u> ) Facts

12. <u>On 7/20/2010</u> Again I was picked up from the Bridgeport Correctional center where <u>I was being detained in pretrial holding.</u> I was picked up by the Connecticut Judicial Marshal's Service and transported to the Stamford Courthouse. Before I was placed on the Judicial Marshal's van I was searched by the Marshal who at the time I showed my bottle of pain medication to. As always, he allowed me to take them with me after he checked them for contraband.

13. It should also be known that my left hand, wrist and arm were still giving me problems from the last time I was attacked at the same courthouse. Which was on 4/28/2010.

14. Upon arrival at the courthouse my problems with The Marshals started all over again. I was called into court to begin jury selection on this day. When Judicial Marshal Samuel Rosario and Judicial Marshal Mr. Cornish were placing wrist restraints on I asked them to please be careful of my left hand, wrist and arm as I was in pain from the injuries I suffered on 4/28/2010. At this point Marshal Rosario tightened the handcuffs as tight as he could, causing great pain and discomfort. I asked him to please ease the pressure by loosening them because they were hurting my already injured left hand, wrist and arm. He denied my request and pushed me along in my lower back saying, "get movong!" He pushed me hard enough that the force of his push coupled with leg irons caused me to lose my balance. Without the use of my hands I <u>was defensless against my head slamming off the side of the elevator gate.</u> At this point the collision with the door caused damage to the side of my head, face and temple area causing me much pain also in my lower back. I couldn't believe that I was being assaulted again by Marshal Rosario.

15. At this point I needed to regain my composure and balance. The blow to my head had taken it's toll on my physical well being. At this point I placed my foot in the way of the gate allowing it to close. That's when Marshal Roario began to assault me some more. He pulled out his can of mace. I began pleading with him in a loud voice to stop hurting me. At this point His Supervisor came to *see*. It was Chief Marshal Corley who came to the elevator area to investigate what the comotion was all about.

16. I explained to Marshal Corley what had transpired between Marshal Rosario and myself. I pleaded with him to please keep Marshal Rosario away from me because I was in fear of him because he hurt me when I was completely defensless and I feared the abuse would continue. I explained to Marshal Corely that I was in great pain and wished to be taken to the hospital due to the severe pain in my back, hip, head, left wrist, left hand and left arm pain. At this point Marshal Corley advised the other Marshals to place me back in holding cell number 1. About ten minutes later two Judicial Marshals came to the holding cell. One was there to escort me to the court room to proceed on my case.

17. Upon entering the court room the judge asked me what had happened. I explained to him how I was pushed around and assaulted by Marshal Samuel Rosario. Then I asked him to go to the hospital to be checked for my numerous injuries that arrised from the abuse suffered by Marshal Rosario but the judge denied my request stating that I needed to stay in the court to proceed with my case. At this point I was in a lot of pain and very upset from the unconstitutional manhandling. I again I asked the judge to leave the court due to my injuries. The Judge agreed to

(12)

.allow me to go to the holding cell to hear the ongoing court proceeding
via an intercom system.

Again, I asked to be taken to the hospital both the judge and the Marshal
had informed me that I would have to wait until I returned to the Bridge-
port Correctional Center to see the doctor or other medical personel.

18. Here I question the actions of the judge and the Marshals service for
denying me medical attention when it was very clear that I had suffered
multiple injuries due to a biased act from Marhal Rosario and Marshal
Cornish. This entire set of incidences took place on 7/20/2010.

Upon returning to the Bridgeport Correctional Center, I immediately
informed the medical staff of the injuries I incured due to Marshal
Rosario's ill intentions. The medical staff informed me that I should
have been taken to the hospital by the Marshals service due to the fact
that I was in their custody at the time of the said abuse. I was treated
by the medical staff at B.C.C. for the injuries.

19. To this day 9/22/2011 I am required to wear a back brace, and a knee
brace due to the pain. I must take pain medication and may need surgery
to correct the damage caused by The Defendant Marshal Rosario.

20. The day after the assault by The Marshal's Rosario and Cornish, I was
back in court. At this time I asked the judge to allow me contact with
the State Police. I wanted to file charges for assault and to report
my injuries due to abuse by the defendants on the date of 7/20/2010.
See copy of Police report and Exhibit (B).

Braswell vs. Judicial Marshal's Service

Statement of claims and fact's

Third incident 7-27-2010

21. On 7-27-201 I was picked up at the Bridgeport Correctional Center
by the Judicial Marshals Service. I was taken to the Stamford
Courthouse for trial and a suppression hearing. Before I got
into the Marshals van I showed them the bottle of medicine that
I always take with me. They checked it for contraband and gave
it back to me. Upon getting to the Stamford court I was placed
in cell number 17. At this time I showed the Marshal my pain
pills so he would know that I had them with me. Which I always
do. At this point, Jane Doe Marshal (hispanic female Marshal)
took my pain pills that I needed due to injuries that I suffered
from the last two incidents of 4/28/2010, 7/20/2010 and 7/21/2010
which was the day I reported the problems to the State Police,
Judge and to Chief Marshal Victor Corley.

22. Until this third incident, I have never had any problem with
my medication and I've always showed it to the Marshals. But
on this day, Marshal Caribe and Jane Doe(hispanic woman) had
a problem with me. I did report Marshal Rosario and Marshal
Cornish for violating my rights on 7/20/2010. Also at this point,
it 's about 10:00 am and that is the time I take the pills along
with my food. So I asked Marshal Jane Doe to give me my pills
for the pain and she states to me that I have to wait. So I
waited patiently for more than an hour. Again I asked the Marshal
for my pain pills and again I was told, "no". By this point,
I have been up since 4:30 am, which is the time BCC wakes us
up for court trips. I continued to wait and asked for the pills

(14)

again at 12:30pm. At this time I'm in a lot of pain, my back, hip, and other parts of my body are hurting. Including, but not limited to my left hand, left wrist and left arm. The pain is real bad so I ask the marshals for my pain meds again. Let me note that these were non narcotic pain killers. It was Aceta-minophen, and another pill for my "rush". I am convinced that the denial of my pain meds was being done for no other reason than to harass me due to the ongoing problems with the Judicial Marshals at the Stamford Courthouse.

23. At this point I asked to speak with the head Judicial Marshal due to the problems I was experiencing with some of the Judicial Marshals. So Chief Marshal, Victor Corley and Supervisor Birch came to cell 17 and I explained the problem to them. I asked them to give me my pills because I was in pain and that I never had this problem before. In fact I was in possession of the pills on several earlier court dates and did not have theses problems. I also told him that my back, hip, knee and other areas of my body were in pain. At this point Chief Corley ordered the other Marshals to take me to the courtroom upstairs without allowing me my pain medication. I was handcuffed behind my back which hurt very, very much, it is also important to note that I was also wearing leg shackles. I did not resist in any manner. At this point I was picked up off the ground and carried out of the cell to the holding area. At this point Supervisor Joe Suda, Marshal Troy Pivanik and Marshal Victor Davilla started to hurt me by twisting the leg shackles and the handcuffs started to dig into my right wrist and skin the leg shackles. I could feel it digging into my skin and ankles. Other Marshals involved Martinez, Coribe, and Alarado.

24. Then Supervisor, Joe Suda started stepping on the back of my leg
shackles causing me much more pain in my ankles, causing my hip
back and knees to hurt even more. At this point I was in a lot
of pain and did yell out that they were hurting me and asked
them to stop. My lower back, left hip and right knee was in
so much pain that it caused me to get very angry at the way
I was being treated. In the court room I was forced to sit down,
which I could not do due to all the injuries I was suffering
at the hands of The Judicial Marshals. At this point Supervisor,
Joe Suda, Marshal Pivanik and Victor Davilla slammed me to
the floor then picked me up and slammed me on the table. All
in an effort to force me to sit down, which I could not do be-
cause of all the injuries I received from the Marshals. At this
point I made it very clear that my injuries required immediate
attention, and asked to be taken to the hospital. The judge
on the case had me placed back into a holding cell; still hand-
cuffed and shackled at the legs, where I could hear the rest
of the hearing over the intercom system.

25. At this point my attorney came to speak with me. I told
him what had happened and asked him to get me to the hospital
due to my injuries. At this point I showed him the blood on
my ankles and socks. The attorney left the cell and never came
back. At this point the court hearing was over. I was moved
back down to holding cell number 17. I was in a lot of pain
and asked to be taken to the hospital again. I got no answer,
but I did get more harassment from the Marshal at which point
I yelled at the Marshals for harassing me. At this time Marshal
Pivanik, victor Davilla and Marshal Martinez began to make fun
of me, saying that does it hurt? and then they all started
laughing at it. It should also be known that Marshal Peter
Ferraro was there harassing me along with the rest of the Mar-

shals. He was involved in the first incident that I had made
a complaint about to Chief Victor Corley and asked in the com-
plaint to keep Ferarro away from me due to the injuries he caused
when he assaulted me back on 4/28/2010.

26. In all three incidents I was handcuffed behind my back and had
leg shackles on. All the acts that I have mentioned were based
on a biased view of me. And also based on the actions and inact-
ions of the Marshals Service members working in the Stamford
court house. The Stamford Courthouse Holding area creates a
hostile environment for prisoners. It allows for the rights
of pre-trial detainees to continually have their civil rights
violated.

27. Again, the judicial Marshals refused to take me to the hospital
so they could cover up the injuries they caused to me during
their abuse of the Plaintiff. The Marshals acted with unbeliev-
avble standards due to the prejudiced, biased acts. The Marshals
Service did nothing to obtain medical attention for the Plaintiff
Velmon Braswell. They acted in an indifferent manner which caused
permanent physical damage to the plaintiff. The Judicial Marshals
Service in the Stamford courthouse and other court officials
may not be allowed to let security and/or transportation issues
override immediate medical needs and treatment and must transport
the injured party to an appropriate facility where proper medical
treatment can be obtained, in this case a hospital with emergency
services. Note: Pretrial detainees cannot be punished under
Due Process laws against their equal rights.

(17)

See Attached **And** _See Legal_
Medical Reports _Claim's_
as Exhibits (C) _NEXT Pg_ →

**28.** Plaintiff reallege and incorporate by reference Paragraphs **A** to **G**

**29.** First Incident on 4-28-2010:
Defendant's Peter Ferraro and Jason Walker, used excessive force and unjustified force against the Plaintiff by applying violent excessive pressure to Plaintiff's left arm, wrist, and hand causing serious physical injuries to Plaintiff who at the time was a pre-trial detainer. In violation of his right's under the fifth and the fourteenth amendments to the United State's Constitution subjecting the Plaintiff to pain, suffering, physical injuries and mental and emotional distress.



**30.** Second Incident on 7-20-2010:
Defendant Samuel Rosario, used excessive force and unjustified force against the Plaintiff by pushing Plaintiff in his lower back injuring his back, left knee and the head, face, temple when Plaintiff was handcuffed behind his back and had leg shackled and at this time Plaintiff Braswell was a Pre-trial detainee in violation of his rights under the fifth and fourteenth amendment to the United State's Constitution and the Connecticut Constitution under Article 1 subjecting the Plaintiff to pain, suffering, physical injuries and mental and emotional distress.

**31.** Second Incident on 7-20-2010
Defendant Samuel Rosario, by threatening Plaintiff Braswell with more physical violence by pulling out his can of mace and threatening to use it at all times the Plaintiff was in handcuff behind his back and was leg shakled and Defendant Rosario continued to violate Plantiffs rights under the fifth and fourteenth amendment of the United States Constitution and the Connecticut Constitution under Article 1 subjecting the Plaintiff to pain, suffering, physical injuries and mental and emotional distress.

Legal Claims 7-27-2010

**32.** Defendant Alvarado by witnessing and being a part of the illegal
actions failing to correct the misconduct of the other supervisors
Suda, Corley, and Birch and Marshals or subordinates Ferraro, Walker,
John Doe, Rosairo, Cornish, Pivanik, Davilla, Caribe, Martinez, Jane Doe and
Defendant Alvarado with deliberate in difference did violet the
Plaintiff    rights of a pre-trial detainee in the rights of the
fifth and fourteenth amendments of the United States Constitution
and Connecticut Constitution Article 1 subjecting the Plaintiff to
pain, suffering with physical injuries and mental and emotional distress.

Legal Claims 7-27-2010

**33.** Defendant Supervisor Mr. Birch, by witnessing and being a part of the
illegal actions failing to stop or correct the misconduct of the
other defendants and failing to get medical help for the Plaintiff
a pre-trial detainee and to cover up the misconduct of the other
supervisors and subordinates constitute deliberate indifference and
failing to protect the Plaintiff's rights under the fifth and
fourteenth amendments of the United States Constitution and the
Connecticut Constitution Article 1 subjecting the Plaintiff to pain
suffering with physical injuries and mental and emotional distress.

Legal Claims 7-27-2010

**34.** Defendant Supervisor Joe. Suda with deliberate indifference used
excessive force and unjustified force against the Plaintiff who was
handcuffed behind his back and leg shackled at all times of this
incident. Note Defendant Suda was involved in Second incident of
7-20-2010 when Plaintiff was hurt due to the fact Defendant Suda
retaliation against the Plaintiff constitute deliberated indifference
failed to protect the Plaintiff's rights under the fifth and fourteenth
amendment of the United States Constitution and the Connecticut
Constitution Article 1 subjecting Plaintiff to pain, suffering and
physical injuries and mental and emotional distress.

Legal Claims 7-27-2010

**35.** Defendant        Troy Pivanlk, used excessive force and unjustified
force            against the Plaintiff . Defendant Pivanlk did used
threats and verbal harrassment against Plaintiff who was handcuffed
behind his back and leg shackled at all times of the incident.
The Plaintiff a pre-trial detainee had his rights violated under the
fifth and fourteenth amendments of the United States Constitution
and the Connecticut Constitution Article 1 subjecting the Plaintiff
to pain, suffering physical injuries and mental and emotional distress.
Legal Claims 7-20-2010 and 7-27-2010

**36.** Defendant Supervisor Chief Victor Corley, failed to stop the abuse and
encouraged the continuation of the misconduct of the Defendant Rosario,
Cornish, fail to train the Defendant above on pre-trial detainee's rights.
Defendant Chief Corley failed to protect the Plaintiff's rights in
violation of the fifth and fourteenth amendments to the United States
Constitution and the Connecticut Constitution Article 1 subjecting the
Plaintiff to pain, suffering, physical injuries and mental and emotional
distress.

$$(19)$$

Legal Claims 7-20-2010 and 7-27-2010

Second Incident 7-20-2010

**37.** Defendant Judicial Marshal Mr. Cornish, by witnessing Defendant Rosario's illegal action failing to correct that misconduct and in addition he encouraged the continuation of the misconduct and unlawful acts in violating Plaintiff's rights under fifth and fourteenth amendments of the United States Constitution and the Connecticut Constitution Article 1 subjecting the Plaintiff to pain, suffering, physical injuries and mental and emotional distress and the rights of a pre-trial detainee.

Second Incident 7-20-2010

**38.** Defendant Suipervisor Joe Suda, in violeting Plaintiffs rights by him Suda retaliating against the Plaintiff Braswell the next day 7-21-2010 unlawfully by threatening the Plaintiff with physical violence for exercise of his rights to seek redress from the state police.  In violation of Plaintiffs rights under the first amendment to the United States Constitution and the Connecticut Constitution Article 1. These illegal actions caused Plaintiff pain, suffering, physical injuries and mental and emotional distress.

**39.** Claims Incident on 7-27-2010 .  :
Defendant Victor Davillia, used excessive force and unjustified force against Plaintiff who was handcuffed behind his back and leg shackled at all times of the incident and Plaintiff a pre-trial detainer in violation of his rights under the fifth and fourteenth amendment of the United States Constitution and Connecticut Constitution Article 1 subjecting the Plaintiff to pain, suffering, physical injuries and mental and emotional distress.

Legal Claims 7-27-2010

**40.** Defendant Martinez failed to stop the abuse and failed to correct the misconduct against ▓▓ Plaintiff by threatening and verbal harassment and failed to get medical help for Plantiff who was a pre-trial detaineg.  The Defendant Martinez failed to protect Plaintiff's rights under his first, fifth and fourteenth amendments of the United States Constitution and the Connecticut Constitution Article 1 subjecting the Plaintiff to pain, suffering and physical injuries .and mental and emotional distress and     violated his speech protection.

$(20)$

Legal Claims 7-27-20T0

41. Defendant Caribe failed to give Plaintiff his pain medication with was clearly marked and deprived Plaintiff of his rights to medical care and medical needs and Plaintiff a pre-trial detainee and Defendant Caribe with his fellow subordinates did it with deliberate indifference and failed to protect Plaintiff's rights under his fifth and fourteenth amendment of the United States Constitution and Connecticut Constitution Article 1 subjecting the Plaintiff to pain, suffering physical injuries and mental and emotional distress.



Legal Claims 7-27-2010

42. Defendant Peter Ferraro failed to stop his threatening and harassment of Plaintiff who was in pain and made fun of Plaintiff being hurt and failed to stop his abuse to Plaintiff. Note Defendant Ferraro was involved in the first incident involving unjustified force on the Plaintiff and failing to correct that misconduct with deliberant indifference in violation of the rights of a pre-trial detainee under the fifth and fourteenth amendmant of the United States Constitution and Connecticut Constitution Article 1 subejecting the Plaintiff to pain, suffering physical and multiple injuries and mental and emotional distress.

Legal Claims 7-27-2010

43. Defendant Supervisor JOe Suda, failed to stop the abuse and encouraged continuation of the misconduct of the Defendant Rosario, Cornish, and Chief Corley. Defendant Suda did fail to protect Plaintiffs rights by cover up the misconduct with deliberate indifference to the medical needs of the Plaintiff and failed to protect a pre-trial detainee's rights under the fifth and fourteenth amendments to the United States Constitution and Connecticut Constitution Article 1 subjecting the Plaintiff to pain, suffering physical injuries and mental emotional distress.

(21)

Legal Claims 7-20-2010 and 7-27-2010

**44** Defendant Chief Supervisor Victor Corley, failed to obtain medical care
to cover up the Plaintiff's multiple injuries done by his subordinates
and other supervisor to the Plaintiff.  Defendant Corley helped to
physical abuse Plaintiff who was handcuffed behind his back and leg
shackled.  Defendant Corley failed to call for medical help for the
Plaintiff a pre-trial detainee in his custody with  constitute a
deliberate indifference depriving Plaintiff of his rights under the
United States Constitution and Under Connecticut Constitution Article 1
subjecting Plaintiff to pain, suffering, physical injuries and mental
and emotional distress.  Violated Plaintiff's rights under the fifth
and fourteenth amendments.

**45** Legal Claims 7-20-2010 and 7-27-2010

Defendant Chief Supervisor Victor Corley, is legally responsible for
the operations of the Judicial Marshall Service in the Stamford
Court house and care for the welfare of inmates and prisoners for pre-trial
detainees in his custody and failed to stop his "subordinates" abuse of
Plaintiff on a number of incidents dated 4-28-2010, 7-20-2010 and
7-27-2010.  The Defendant Corley implicitly authorized and approved
and knowingly acquiesced in the unconstitutional conduct of the
offending Defendants above.  In violation of the Plaintiff's rights
under the fifth and fourteenth amendments of the United States
Constitution and the Connecticut Constitution Article 1 subjecting
Plaintiff to pain, suffering, physical injuries and mental emotional
distress.

**46** Plaintiff Braswell has no plain adequate or complete remedy at law
to redress the wrongs described herein.  Plaintiff has been in
physical pain from the injuries by the conduct of the defendants.
Plaintiff to this day continues to have physical problems with his *hip,*
back, knees and hand and takes pain medication and may need surgery
to correct the damage caused by the Defendants above.  **Plaintiff**
seeks relief from the court.

```
See relief
Next page
```

(22)

## I. J. REQUEST FOR RELIEF

Wherefore The Plaintiff Respectful Pray for this court to Enter
Judgement as follows:

47. For a declaration that the acts and Omissions of Defendant(s)
described here-in violated Plaintiff's rights under the United
States Constitution and the Connecticut Constitution under Article(1).

48. For compensatory damage's in the amount of $25.000 against each de-

49. fendant. Punitive Damage in amount of $25.000 against each party.

50. Plaintiff Braswell also seek's recovery of the cost's in this suit
and Attorney Fee's if appointed.

51. For any additional relief this court deem's just, proper, and equitable

52. J. Do you wish to have a jury trial? Yes $\checkmark$ No ___

53. K. DECLARATION UNDER PENALTY OF PERJURY

By signing this complaint, I certify under penalty of perjury that
the information contained in this complaint is true and accurate to the
best of my knowledge. I understand that if I lie in this complaint, I
may be prosecuted for perjury, and punished with as much as five(5) years
in prison and/or a fine of 250.000. See 18 U.S.A. Sections 1621, 3571.

Signature: Velmon Braswell

Signed at _MacDougall C.I.,_ on _9_ _/22/ 2011_
(Location)                                    (Date)
1153 East Street South
Suffield, ct 06080   1. (860) -627-2114
cc. counseloR Ms. Chorner

(23)

To: State Police Record's Dept.     Date 6-2-2011
     Troop "G"
149 Prospect Street
Bridgeport Ct 06604
From: MR. Velmon Braswell # 113932
     MacDougall-Walker C. I.
     1153 East Street South
     Suffield, Ct 06080          Case: No ?

RE: Document's from Incident report of July 21, 2010
   and under Freedom of Info Act, and name of Officer
Dear, State Police Record's Dept.

I am writing you to request the Incident report
from your State police officer who took my statement
over the assuit on me my Judicial Marshal in the
Stamford court house. Note: your officer did take my
Statement and he said to write to got the full report.
So could you send me 1) the full report, 2) the name of
the State Police officer. see Attached copy of his
Report.

          I Thank you for your Time in this matter
          and for hearing my request and hope to hear
          from you A.S.A.P.

Sincerely,
x Velmon Braswell          Service by U.S. mail to the office of
Velmon Braswell                State Police Troop G Bridgeport Ct
Dated: 6/2/2011              Subscribed and sworn to before me
                            This 2nd day of June, 2011.
Cc: Braswell files.
                            Shane W. Mortimer
                            Notary Public
                            My Commission expires

DPS-663-C Rev. 7/94

STATE OF CONNECTICUT
**DEPARTMENT OF PUBLIC SAFETY**
**DIVISION OF STATE POLICE**

Case Number _____
Date _7/21/10_
Time Started _13:30_
Time Ended _1345_

WITNESS STATEMENT OF _Velmon Braswell_

I, _Velmon Braswell_ , date of birth _12/17/54_ ,
of _1106 North Ave_ , town /city of _Bpt. CT 06604_ .

make the following statement, without fear, threat, or promise. I have been advised that any statement(s) made herein which I do not believe to be true, and which statement is intended to mislead a public servant in the performance of his/her official function, is a crime under C.G.S. section 53a-157.

On 7/20/10 I got off the bus from prison that
brings me from the CC to court. I was ordered to
go in cell 1 from there I waited & I was called to
go up. Two marshalls came to the cell. They double
handcuffed me b/c I told them my left hand is real
bad. Upon tightening the cuffs I told them it was too
tight & at this point he pointed @ me & told me "Get
moving." & pushed me in the small of my back. I
stumbled forward. I hit the side of the sliding gate
w/ my right temple on a sliding gate & then I turned
around & put my foot in the way of the gate & he closed it
anyways & pulled his mace out. Upon this time we had a
yelling altercation. At this time two white shirt marshalls
& others came around. They removed me & put me back in cell
1. I asked the white shirts to keep that officer away
from me. I went upstairs and and discussed the argument
with the judge. I wanted to go to the hospital but the judge said
I had to stay. I stayed due to my injuries until I go back
to BCC to see the doctors there.

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____
Witness: _____
Signature _X_ _Velmon Braswell_ _7-21-2010_
Signature: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.
If notarized, endorse here: _____



State of Connecticut
Department of Public Safety
Reports & Records



## Response To Request for Report

To: Velmon Braswell c/o MacDougal Walker CI
1153 East Street South
Suffield, CT 06080

Incident/Case Number: 1000389862

**We are unable to fill your request for a copy of the report or file for the following reason(s):**

☐ The investigation is not yet completed, but your request will be forwarded as soon as possible.

☐ There is insufficient information to identify the file unless you provide the following information:

☐ Case/Incident number: _____

☐ The name(s) of **operators**, if a motor vehicle accident, or involved individual(s) in other types of incidents:

_____

☐ Incident date: _____

☐ Incident location: _____
$8.00   cmk

☒ A fee in the amount of $ ~~16.00~~ , payable to the **Commissioner of Public Safety** is required in advance for each report requested. Include an additional $1.00 for each certified copy requested.

☐ There is no public record of this incident.

☐ As required by Sec. 29-10c, of the Connecticut General Statutes, these records were retained for a period of 10 years and are no longer available.

☐ Due to a pending criminal prosecution, permission for release of this report must be obtained in writing from the prosecuting attorney. GA ___ Hearing Date _____.

☐ The report you have requested is not disclosable pursuant to C.G.S.§ ___ .

☐ _____ pages/_____photos have been redacted pursuant to C.G.S.§ _____

☐ The Accident/Incident **was reported but not investigated** by the Connecticut State Police.

☐ No record was found for the referenced case/incident, with the information provided.

☐ The referenced report you have requested did not occur in the jurisdiction of the Connecticut State Police, please contact the local agency in which the incident occurred.

Sincerely,

cmk 7/6/2011

*1111 Country Club Road Middletown, CT 06457*
Tel. (860) 685-8250   FAX: (860) 685-8675
*An Affirmative Action/Equal Opportunity Employer*

DPS-741-C (Rev. 06/07)

THIRD INCIDENT INJURIES 7/27/2010

# EXHIBIT (C)    (10)



from handcuffs
wrist abraisions
and bruises

Hip

knee Injured

leg shackles
abrasions ans
bruises left
scarring

Lower back pain

wrist abrasions ansd
bruises. left scars

right knee injuries

leg shackles abrasions/ bruises

back pain

wrist

hand cuff
scaring

wrist
hand cuff
scaring

right knee
injury

left knee
injury

leg shackle
abrasions
scaring

leg shackle
abrasions
scaring

wrist abrasions
scaring

(11)

HR401 REV.09/02
CONNECTICUT DEPARTMENT OF CORRECTION
UNIVERSITY OF CONNECTICUT HEALTH CENTER
CORRECTIONAL MANAGED HEALTH CARE

**CLINICAL RECORD**

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 113932 | 12/17/57 |

INMATE NAME (LAST, FIRST, INITIAL)
BRASWELL VERMON

| SEX | RACE/ETHNIC | FACILITY |
|---|---|---|
| M F | B W H O | BMCC |

| DATE / TIME | |
|---|---|
| 8/3/10 950 | S: c/o (R) Lr BACK pain and (R) medial knee pain. "r̄ Being placed in lockup". O: Ambulatory guarding (R) knee (+) 1 edema. (R) knee. A: altered comfort. P: f/u c̄ MD. c̄ inmate request. |
| 8/9/10 135pm | CALLED FOR MD S/c. (P) court. — M |
| 8/10/10 | (R) 118am 30/109/79 66P 99% RA T972  dael̃uner |
| 8/16/10 1300 | S: c/o pain rt knee c̄ movement. rt. count last week. Also c/o pain in lower back from same incident. no further rectal bleeding. O: rt/knee — no effusion abnormally. stable on stds. A+P) knee sprug. — sleeve brace (pt has one) — tylenol 2) anemia; — repeat CBC  J. R. ELDERKIN, M.D., M.P.H. |
| 8/31/10 0915 | 8/17/10 H/H 13.3/35.6 — unresolved A+P) anemia — repeat H/H ē 1 month.  J. R. ELDERKIN, M.D., M.P.H. |
| 9/27/10 10A | S My back still hurts (R) A to R ad Ub, Cut steady (R) UH ia Newport (P) ASD binder given.  Skull as in R |

HR401 REV.09/02
CONNECTICUT DEPARTMENT OF CORRECTION
UNIVERSITY OF CONNECTICUT HEALTH CENTER
CORRECTIONAL MANAGED HEALTH CARE

CLINICAL RECORD

| INMATE NUMBER | 13932 | DATE OF BIRTH | 12/17/52 |
|---|---|---|---|
| INMATE NAME (LAST, FIRST, INITIAL) | Broswell, Kelwin | | |
| SEX | RACE/ETHNIC | | FACILITY |
| M F | B W H O | | Walker |

| DATE / TIME | |
|---|---|
| 12/2/10 | Bil Knee Pain when known to have |
| | DJD & uses bilateral Knee Sleeves |
| 9.52 am | O/E VSS Stabl |
| | Knees appear normal with |
| | good ROM mild tenderness |
| | |
| | A/P # Bil. Knee arthritis |
| | X-ray Knee bilat (R) |
| | |
| | RTC in 4-6 wks S. Johar Naqvi |
| | S. JOHAR NAQVI, M.D. 10/07 |
| 1/3/10 | 445@6/6 frequent urination @ night |
| | BT 96.7 P 76 R 20 BP 113/81 sat 97.7% reports |
| | gets up 5-6 X's a night to urinate X 3 months |
| | denies any other s/s |
| | A+P) MD appt 1/4/11 — Elizabeth LVN |
| | |
| 1/4/10 | Frequency Urgency & Hesitancy of urination |
| 10.10am | O/E Enlarged Prostate + |
| | No irregularity noticed |
| | → Knee Pain Controlled # |
| | A/P → ↑ BPH ✓ PSA |
| | ? Hytrin |
| | #2 Knee Pain Controlled by |
| | Slamitesdmt mmce |
| | S. JOHAR NAQVI, M.D. |

HR401 REV.09/02
CONNECTICUT DEPARTMENT OF CORRECTION
UNIVERSITY OF CONNECTICUT HEALTH CENTER
CORRECTIONAL MANAGED HEALTH CARE

**CLINICAL RECORD**

| INMATE NUMBER | | DATE OF BIRTH |
|---|---|---|
| 113 532 | | 12 17 59 |
| INMATE NAME (LAST, FIRST, INITIAL) | | |
| Bryant, Velmon | | |
| SEX | RACE/ETHNIC | FACILITY |
| M F | B W H O | 114 |

| DATE / TIME | |
|---|---|
| 10 18 10 | [illegible handwritten notes] |
| 11 20 10 | [illegible handwritten notes] |
| | [illegible] |
| 11 19 10 9AM | Genital exam done. Pt wearing WHT spk-on (L) WHT ptm wearing |
| | [illegible] in clinical record. [illegible] DOC |
| 11/20/10 | S) Pt want my BP and sugar checked. |
| 10A | O) Concerned about [illegible] discomfort |
| T 96.7 | when lay on (L) side what is (R) |
| P 60 | should [illegible] + (L) arm. Vague symptoms. |
| R 18 | Reports fam hx of HTN + DM. |
| BP 128/89 | + diet only |
| SaO2 99% | P) EKG as noted. IV as noted. |
| | [illegible] |

[large portion of record redacted/blacked out]

(14)

HR401 REV.09/01
CONNECTICUT DEPARTMENT OF CORRECTION
UNIVERSITY OF CONNECTICUT HEALTH CENTER
CORRECTIONAL MANAGED HEALTH CARE

CLINICAL RECORD

| INMATE NUMBER | 113932 | DATE OF BIRTH 12·17·54 |
| INMATE NAME (LAST, FIRST, INITIAL) | Braswell Velmon | |
| SEX (M) F | RACE/ETHNIC (B) W H O | FACILITY mwCI- 137 |

| DATE / TIME | |
|---|---|
| 3/24/11 | S: "My Right Knee hurts" inmate states Right Knee pain since fall/alteration with Marshalls' states s/op intermittent pain to interior aspect of knee, radiates toward groin, states feels like "being pulled/stretched" O: weight bearing, (+) CMS (+) ROM (+) pedal pulse (-) swelling/edema noted, (+) hard mass to interior Rgnt knee / thigh noted A: alteration in comfort P: Inmate Requesting MD eval - further testing, states had X-ray, MD Naqvi evaluated 12/2/10. Note to MD Naqvi for chart review - reevaluation Nursing addendum: Inmate requesting bilateral toe nails to be clipped, forwarded request to padiatry ———— [signature] ———— [redacted] |
| 4/22/11 11:45 | S: "Do you know when I'm going to see the doctor?" O: I/M seen in sickcall per request to know date of M.D. appt. I/M notified of pending M.D. appt. Informed we cannot tell him the date. I/M content c information A: Health maintenance P: M.D. appt. 5/15/11 |
| 4/20/11 | [illegible] |

HR401 REV.09/03
CONNECTICUT DEPARTMENT OF CORRECTION
UNIVERSITY OF CONNECTICUT HEALTH CENTER
CORRECTIONAL MANAGED HEALTH CARE

CLINICAL RECORD

| INMATE NUMBER | 13932 | DATE OF BIRTH 12/19/54 |
|---|---|---|
| INMATE NAME (LAST, FIRST INITIAL) Braswell, Velman | | |
| SEX M F | RACE/ETHNIC B W H O | FACILITY MWCI - 137 |

| DATE / TIME | |
|---|---|

[large portion redacted]

Susan R. Glasman, DPM

**5/1/11** Medical - Pt C/o metal stay coming on of Knee Brace. Rt knee Braces examined. Knee Brace tethered (torn). Other new Knee Brace - Size M. Pass same for one month. Pt has n/p appointment - new order will be written at that time.

**5-2-11** Pt to SC lab results reviewed. Pt is scheduled to MD SC m --

**05/4/11** Radiating - pt seen in clinic see conc Ht --- [signature]

**5/6/11** 9A: MD ON 5/15/11 [signature]

**5/12/11 10:45A** 56 yo c c/o Ⓡ knee On-off swelling / pain and Ⓛ knee pain. Had surgery c Ⓛ knee - Arthroscope in 1992 At Park City Hospital, Bridgeport. Previous x-ray shows for compartment DJD B/L knee. Uses braces for both knees. No complaints about walking or WB on knee. Pt also c/o LBP and Ⓛ hip pain radiating down Ⓛ LE. Also gives Hx of ParesthesIs of LE. H/o Ⓛ forearm tendon injury / repair in 1996. c/o numbness over 5th finger and wears a wrist splint. H/o RUQ on Dolobid: H/o perforated PUD.
    c/e: L-S- Ⓝ Focal Vertebrae tenderm: Ⓝ Spasm.
    L-S - Full Rom: Ⓛ hip Rom with Minimum pain.
    B/L knee with Ⓢ pain/Arthritic crepitus. Ⓝ effusion.
    → c/c

(16)

HR401 REV.5/94
CONNECTICUT DEPARTMENT OF CORRECTION

.. CLINICAL RECORD

INMATE NUMBER 113932

DATE OF BIRTH 12/17/54

INMATE NAME(LAST, FIRST, INITIAL) Braswell, Velmm

SEX (M) F   RACE/ETHNIC (B) W  H  O   FACILITY MWCI - 137

| DATE/TIME | → CTD |
|---|---|
| 8/12/11 10:00A | BIL knee wreneut Inetammery. |
| | ④ Wrist wrist Sravity & palmar Flexion N 50°. |
| | ↓ ROM forward 5th Digit: ↓ light towe 5th Digit. |
| | Old lhurp Scar ⓑ Wrist & Foresrm. |
| | Ass BIL DJD knees. |
| | Do LS DDD/DJD. |
| | Post traumatic Neuropathy ⓔ 5th Digit. |
| | RO ⓑ Hip DJD. |
| | H-d PUD. |
| | Plan  ⓞ B-min Xm's: - L-S: BIL knees: ④ Hip. |
| | Routine Health Screening: Stool Hemo Test & PSA |
| | & DRE. |
| | OMPRAKASH PILLAI, M.D. |
| 5/26/11 5/29/11 5/3/11 10:35A | Brace/Sleeve ✓ - all intact |
| | Knee brace ✓ |
| | S: I/m ⁻c Continued ⓑ Knee |
| | + ⓛ hip issue, c/o ⓔ knee + ⓛ hip pain |
| | O: I/m c/o it hurts to walk |
| | ⓔ knee ⁻c medial swelling noted |
| | ⁻c 2-3+ edema, F/m wearing |
| | ⓔ + ⓛ knee braces & walks |
| | ⁻c limp, I/m using back brace, |
| | A: alt comfort |
| | P: To place chart for MDSC; SV copy |
| | Continue Tylenol |
| | Continue braces.  Stin'avageln |
| 6/12/11 8:25A | I/m seen on 5/12/11. |
| | Cont Braces & Tylenol. |
| | OMPRAKASH PILLAI, M.D. |
| 6.24.11 | S: ⓡ knee, ⓛ hip + ⓛ lower back; I/m |
| (0° limp) | c/o pain in these areas. I/m states |
| | O: ⓡ knee ⁻c 2+ edema. |
| | he is not getting better, knee swells in Am, |
| Cont Brace/Tylenol A/P: I/m has to stop + Sit during day | rel. to mosc; C0pv to SV. — SVthanagelen |

HR401 REV.09/02
CONNECTICUT DEPARTMENT OF CORRECTION
UNIVERSITY OF CONNECTICUT HEALTH CENTER
CORRECTIONAL MANAGED HEALTH CARE

**CLINICAL RECORD**

| INMATE NUMBER 113932 | | DATE OF BIRTH 12/7/54 |
|---|---|---|
| INMATE NAME (LAST, FIRST, INITIAL) Braswell, Velmon | | |
| SEX M F | RACE/ETHNIC B W H O | FACILITY MCI-137 |

| DATE / TIME | |
|---|---|
| 7/2/11 | 1649m brace v - braces intact. ——— untundmark ca) |



HR401 REV.09/02
CONNECTICUT DEPARTMENT OF CORRECTION
UNIVERSITY OF CONNECTICUT HEALTH CENTER
CORRECTIONAL MANAGED HEALTH CARE

CLINICAL RECORD

| INMATE NUMBER | 113932 | DATE OF BIRTH |
| INMATE NAME (LAST, FIRST, INITIAL) Brashwell | | |
| SEX M F | RACE/ETHNIC B W H O | FACILITY MacDougall |

| DATE / TIME | |
| --- | --- |
| 7/12/11 9:15 AM | S: inmate states dark spots to bilateral forearms and legs voiced with knee braces. States ⊕ irritation ⊕ itching, states minimal relief from talcum powder ⊖ pain, ambulated into triage room with limp. States washes braces once a week states shivers once daily. States has allergy' to water, uses dial soap. |
| | O: dark spotches to a/c on anterior bilateral arms, no redness or irritation noted. HR 83  126/80  97 % 20 |
| | A: alteration in comfort |
| | P: instructed to use/purchase hydrocortizon cream through commissary switch soap to dove keep area clean as dry, wash knee braces more than once a week, inmate ambulated from medical, no limp noticed, steady gait   T. Bishop R |



( 19 )

HR401 REV.09/02
CONNECTICUT DEPARTMENT OF CORRECTION
UNIVERSITY OF CONNECTICUT HEALTH CENTER
CORRECTIONAL MANAGED HEALTH CARE

**CLINICAL RECORD**

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 113932 | 12 18 54 |

INMATE NAME (LAST, FIRST, INITIAL)
BRASWELL, VERNON

| SEX | RACE/ETHNIC | FACILITY |
|---|---|---|
| (M) | (B) W H O | MWCI - 13? |

| DATE / TIME | |
|---|---|
| 8/2/11 10:20A | 56 yo ♂ IM c̄ C/O. <br> - Bil. DJD knees - (L > R) <br> - LBP 2° to L5-S1 G̅rade 2 Spondylolisthesis <br> - Mild DSD ⊕ hip <br> - Post Traumatic Neuropathy of ⊕ 5ᵗʰ finger <br> - H.o. PUD / Perforated PUD <br> c/o Than ⊕ knee <br> o/e ⊕ knee c̄ Deformity or Effusion. <br> _____ Crepitus on ROM / pain on ROM. <br> Joint- Stable: ⊕ Tenderness _____ meniscus or ligamentous <br> injury <br> 1, DJD Bil knees <br> P/ Advise to Cont. Tylenol, ↑ to TID for ____ <br> Start Elavil 25mg @ HS. <br> Bone - knee <br> _____ ____ BILAL, M.D. |
| 8/7/11 11A | Bilateral knee _____ _____ no issues metal is down _____ |
| 8/12/11 | Medical - I/M c/o cm start knee pain <br> x 1 week that present medications <br> ordered on 8/2/11 are not helping. <br> I/M explanation given to allow time <br> for the medication to take effect. <br> I/M insisting on seeing a doctor - <br> wants an MRI - will refer <br> to MD. |



HR401 REV.09/02
CONNECTICUT DEPARTMENT OF CORRECTION
UNIVERSITY OF CONNECTICUT HEALTH CENTER
CORRECTIONAL MANAGED HEALTH CARE

CLINICAL RECORD

INMATE NUMBER 13932
DATE OF BIRTH 12-18-54
INMATE NAME (LAST, FIRST, INITIAL) Bracnell, Velmon
SEX M F
RACE/ETHNIC B W H O
FACILITY mwct-137

| DATE / TIME | |
|---|---|
| 8/30/11 | Congestion given for cold Symptoms ~Douglas RN |
| 9/2/11 | S/O "My right knee is swelling & hurts and it has been since last July. I'm wearing sleeve brace ... seen by MD on 8/2/11. Prescribed no ↑ APAP = prn prn ROM exercises R.E DJD. A: Chronic Pain P: Continue T current MD plan 1) Cont |
| 9/9/11 9A | S/O "the new medicine is not working." O: T/H seen in sick call per request for cold cold Sx and continued c/o (R) Knee pain. (R) Knee slightly swollen compared to (L). Knee ... on ambulation c slight limp. ... Zaus claril 25mg PO ... and APAP c managing the pain. (R) redness or warmth noted. Zaus the rides on a bike 2X/wk × say due 5/13/11 which should revere osteoarthritic. A: will refer to M.D. c/o Flu Knee pain. c/o cold Sx × 3-4wks. improved since moved to holding unk. T/H sounds congested c/o chest — |



HR401 REV.09/02
CONNECTICUT DEPARTMENT OF CORRECTION
UNIVERSITY OF CONNECTICUT HEALTH CENTER
CORRECTIONAL MANAGED HEALTH CARE

**CLINICAL RECORD**

INMATE NUMBER 113932
DATE OF BIRTH 12 18 54
INMATE NAME (LAST, FIRST, INITIAL) Braswell, Velmon
SEX M
RACE/ETHNIC (B) W H O
FACILITY MWCI-137



| DATE / TIME | |
|---|---|
| cont | |
| 9/14/11 147pm | inmate in medical with Right knee brace metal brace came out of sleeve, knee returned to medical inmate issued new brace, order current ___ |

(2 2)



EXhibits

EVidence



NDC 10135-123-24    LIST NO. 123

Distributed by: Marion Pharmaceuticals, Inc.
New Castle, DE 19720 Made in USA
Website: http://www.marionmfg.com

LOT 3183
EXP FEB 2013

**ACETAMINOPHEN**
**325 mg**

*Compare to*
*Regular Strength TYLENOL ®*
*active ingredient *

DO NOT USE IF IMPRINTED SAFETY SEAL
UNDER CAP IS BROKEN OR MISSING.

**24 TABLETS**

This product is not manufactured or distributed by McNeil Consumer
Products Company. Marion Pharmaceuticals is not affiliated with
the owner of the Trademark Regular Strength Tylenol®

**Drug Facts**

**Active ingredient** (in each tablet)
Acetaminophen USP 325 mg .......... **Purpose**
.......... Pain Reliever/Fever Reducer

**Uses** • For the temporary relief of minor aches and pains associated
with: • headache • muscular ache • backache • arthritis • common cold
• toothache • bursitis • menstrual cramps • neuralgia. • Temporarily
• For the reduction of fever

**Warnings** • Do not use • more than the recommended dosage • for pain
for more than 7 days • for fever for more than 3 days • with any other
product containing acetaminophen

Stop using this product and ask your doctor if you have • pain, fever
or symptoms that persist or get worse • develop new symptoms
• redness or swelling. These could be signs of a serious condition.

ALCOHOL WARNING: If you consume 3 or more alcoholic drinks every
day, ask your doctor if you should take acetaminophen or other pain
relievers / fever reducers. Acetaminophen may cause liver damage.

If pregnant or breast feeding, ask your doctor before use

Keep out of the reach of children. In case of accidental
overdose, call a doctor or poison control center immediately.
Prompt medical attention is critical for adults as well as children
even if you do not notice signs of symptoms.

**Directions:**

| AGE | DOSAGE |
|---|---|
| Adults and children 12 years of age and over | 325 mg to 650 mg (1 to 2 tablets) every 4-6 hours as needed. Do not take more than 12 tablets in 24 hours |
| Children under 12 years of age | Consult your doctor |

**Other information** • This product is for those persons who should
not take aspirin and is unlikely to cause gastric irritation • Store in a
cool, dry place at controlled room temperature 15-30°C (59-86°F)
• Protect from moisture • Store in original container for better
identification • Use by expiration date on package

**Inactive Ingredients** Polyvinylpyrrolidone K30, Pregelatinized Starch,
Stearic Acid

REV 06/10 CP

10135−12324

(22)

# General Population Commissary Order Form

**LOC = $25 (items marked LOC only)**

| Facility | Housing Unit | Bed Location |
|---|---|---|

**Print Name**

**Sign Here**
**When Ordering  X**

**INMATE NUMBER MUST BE FILLED IN**

**INMATE NUMBER**

⓪ ⓪ ⓪ ⓪ ⓪ ⓪
① ① ① ① ① ①
② ② ② ② ② ②
③ ③ ③ ③ ③ ③
④ ④ ④ ④ ④ ④
⑤ ⑤ ⑤ ⑤ ⑤ ⑤
⑥ ⑥ ⑥ ⑥ ⑥ ⑥
⑦ ⑦ ⑦ ⑦ ⑦ ⑦
⑧ ⑧ ⑧ ⑧ ⑧ ⑧
⑨ ⑨ ⑨ ⑨ ⑨ ⑨

I am aware that the total cost of these items will be deducted from my account.  6.35% Sales tax is not included in the prices listed below and will be added where applicable.  Taxable items are marked with a double-asterisk(**).  We are not responsible for typographical errors. This order is subject to posted Commissary rules.  Prices are subject to change.

## NO REFUNDS - NO TRADES

### INSTRUCTIONS

Use black pen or pencil and fill in the bubbles completely.  Any stray marks may cause your order to be processed incorrectly.

CORRECT MARK ●

INCORRECT MARKS ✓ ✗ ⊙ ⊘

| # | ITEM | QUANTITY | COST |
|---|---|---|---|
| | **STATIONERY** | | |
| 109 | Stamped Envelope | LOC ① ⑤ ⑩ ⑮ ㉕ | 0.54 |
| 112 | Postcard | LOC ① ⑤ ⑩ ⑮ ㉕ | 0.32 |
| 113 | Manila Envelope** | LOC ① ⑤ ⑩ ⑮ ㉕ | 0.12 |
| 107 | International Postage Envelope | LOC ① ② ③ ④ ⑤ | 0.98 |
| 106 | Writing Pad** | LOC ① ② ③ ④ ⑤ | 0.69 |
| 110 | Ink Pen** | LOC ① ② | 0.50 |
| 114 | Pencil** | ① ② | 0.10 |
| 111 | Eraser** | ① ② | 0.26 |
| 104 | Spanish Dictionary** | LOC ① | 1.82 |
| 101 | English Dictionary** | LOC ① | 2.68 |
| 108 | Address Book** | LOC ① | 0.55 |
| 102 | Photo Album** | ① | 2.12 |
| 103 | Colored Pencil** | ① ② | 2.08 |
| 105 | Sketch Pad/Typing Paper** | ① ② ③ ④ ⑤ | 0.69 |
| 125 | Composition Book** | LOC ① ② ③ | 1.60 |
| 115 | Youth Birthday Card** | LOC ① ② ③ ④ ⑤ | 1.15 |
| 116 | Female Birthday Card** | LOC ① ② ③ ④ ⑤ | 1.15 |
| 123 | Male Birthday Card** | LOC ① ② ③ ④ ⑤ | 1.15 |
| 117 | Friendship Card** | LOC ① ② ③ ④ ⑤ | 1.15 |
| 118 | Love You Card** | LOC ① ② ③ ④ ⑤ | 1.15 |
| 119 | Anniversary Card** | LOC ① ② ③ ④ ⑤ | 1.15 |
| 120 | Holiday Card** | LOC ① ② ③ ④ ⑤ | 1.15 |
| 121 | Get Well Card** | LOC ① ② ③ ④ ⑤ | 1.15 |
| 122 | Sympathy Card** | LOC ① ② ③ ④ ⑤ | 1.15 |
| | **MEDICAL** | | |
| 200 | Omega-3 Fish Oil Vitamin** -S | LOC ① | 10.00 |
| 201 | Super Multi Vitamin** -S | LOC ① | 4.49 |
| 205 | Vitamin C** -S | LOC ① | 2.29 |
| 218 | Tums 3 Roll pk.** -K | LOC ① ② ③ ④ ⑤ | 1.88 |
| 207 | Antacid Liquid** | LOC ① | 2.89 |
| 203 | Pepcid AC  6 ct.** | LOC ① | 6.76 |
| 202 | Laxative Powder** | LOC ① | 6.50 |
| 204 | Imodium AD 6 ct.** | LOC ① | 3.81 |
| 222 | Stool Softener** | LOC ① | 3.90 |
| 229 | Ibuprofen 24 ct.** | LOC ① ② | 1.77 |
| 221 | Acetaminophen 24 ct.** | LOC ① ② | 1.25 |
| 211 | Allergy Tabs** | LOC ① | 1.30 |
| 1059 | Tussin Cough Syrup** | LOC ① | 2.02 |
| 209 | Athlete's Foot Cream** | LOC ① | 1.41 |
| 210 | Benzoyl Peroxide** | LOC ① | 1.55 |
| 213 | Bacitracin Ointment** | LOC ① | 1.67 |
| 215 | Hydrocortisone Cream** | LOC ① | 1.34 |
| 309 | Hemorrhoidal Ointment** | LOC ① | 3.10 |
| 390 | Quinsana Foot Powder** | LOC ① | 3.23 |
| 224 | Bug Repellent Stick** | ① | 3.32 |
| 217 | Blistex Med. Lip Ointment** | LOC ① | 2.05 |
| 1072 | Cough Drops bag** -K | LOC ① ② ③ ④ ⑤ | 0.90 |
| | **SOAP (LIMIT 2 TOTAL)** | | |
| 223 | Oatmeal Soap** | LOC ① ② | 1.33 |
| 302 | Dove Soap** | LOC ① ② | 1.63 |
| 1048 | Cocoa Butter Bar** | LOC ① ② | 0.75 |
| 1049 | Sports Bar** | LOC ① ② | 0.75 |
| 300 | Ivory Soap** | LOC ① ② | 0.62 |
| 306 | Dial Anti bacterial Soap** | LOC ① ② | 0.77 |
| | **DENTAL** | | |
| 322 | Efferdent Cleaner** | LOC ① ② | 6.58 |
| 335 | Fixodent Denture Adhesive** | LOC ① ② | 5.83 |
| 332 | Colgate Sensitive Toothpaste** | LOC ① ② | 4.16 |
| 775 | Aim Tartar Control Toothpaste** | LOC ① ② | 1.63 |
| 319 | Whitening Colgate Toothpaste** | LOC ① ② | 2.99 |
| 331 | Ultra Brite Toothpaste** | LOC ① ② | 1.50 |

| # | ITEM | QUANTITY | COST |
|---|---|---|---|
| 327 | Tek Excel Toothbrush, Soft** | LOC ① | 0.89 |
| 328 | Tek Excel Toothbrush, Medium** | LOC ① | 0.89 |
| 329 | Tek Excel Toothbrush, Firm** | LOC ① | 0.41 |
| 330 | Toothbrush Holder** | LOC ① ② | 0.34 |
| 326 | Mouthwash** | LOC ① ② | 0.88 |
| 333 | Anti-Tartar Rinse** | LOC ① ② | 4.28 |
| 334 | Dental Floss Sticks** | ① | 1.15 |
| | **SHAVE and DEODORANT** | | |
| 358 | Razor Card** -Male | LOC ① | 1.01 |
| 348 | Pro-Tection Shave Cream** | LOC ① ② | 2.11 |
| 359 | Clear Shaving Gel** -Male | LOC ① ② | 1.03 |
| 351 | Magic Shave** -Male | LOC ① ② | 2.81 |
| 352 | Mennen Shave** -Male | LOC ① ② | 2.34 |
| 354 | Mennen Speed Stick** -Male | LOC ① ② | 1.85 |
| 349 | Winter Ice Power up Deodorant** | LOC ① ② | 2.03 |
| 355 | Dial Roll-On** | LOC ① ② | 1.14 |
| | **HAIR** | | |
| 364 | Softee 3-in-1 Conditioning Shampoo** | LOC ① ② | 4.26 |
| 365 | Softee 3-in-1 Daily Conditioner** | LOC ① ② | 4.26 |
| 367 | Suave Daily Clarifying Shampoo** | LOC ① ② | 1.69 |
| 375 | VO-5 Extra Body Shampoo** | LOC ① ② | 1.59 |
| 376 | VO-5 Extra Body Conditioner** | LOC ① ② | 1.59 |
| 377 | Protein Shampoo** | LOC ① ② | 1.68 |
| 374 | Dandruff Shampoo** | LOC ① ② | 1.76 |
| 802 | Styling Gel** | ① ② | 1.53 |
| 379 | Bergamot Conditioner** | LOC ① ② | 1.50 |
| 380 | Pro Glo Pomade** | LOC ① ② | 1.40 |
| 371 | Protein 29 Hair Gel** | ① ② | 2.19 |
| 387 | Pink Moisturizing Hair Oil** | ① ② | 3.88 |
| 378 | Comb & Brush Set** | ① | 1.40 |
| 381 | Afro Comb** | LOC ① | 0.54 |
| 382 | Afro Pick** | ① | 0.54 |
| 383 | 5 inch Pocket Comb** | LOC ① | 0.58 |
| 373 | Doo Rag -Black** | ① | 2.11 |
| 388 | Ouchless Thick Scrunchies, Black** | ① | 3.19 |
| | **SKIN CARE** | | |
| 1039 | Lubriderm Lotion** | LOC ① | 4.06 |
| 310 | Cocoa Butter Lotion** | LOC ① | 2.08 |
| 360 | Aloe Vera Lotion** | LOC ① | 0.89 |
| 389 | Vaseline Skin Care Lotion** | LOC ① | 2.54 |
| 1045 | Vitamin E Gel** | LOC ① | 3.50 |
| 393 | Noxzema** | LOC ① | 1.80 |
| 394 | Baby Powder** | LOC ① | 1.24 |
| 396 | Cotton Swabs** | ① | 0.80 |
| | **MISCELLANEOUS** | | |
| 400 | Bath Towel** | ① ② | 5.84 |
| 408 | Cotton Face Cloth** | ① ② | 0.81 |
| 415 | Coffee Cup** | ① | 1.84 |
| 405 | Plastic Bowl & Lid** | ① ② | 0.50 |
| 411 | Plastic Cup & Lid** | ① ② | 0.38 |
| 410 | Plastic Fork-Spoon Combo** | ① ② ③ ④ ⑤ | 0.25 |
| 407 | Soap Dish** | ① ② | 0.45 |
| 406 | Fingernail Clipper** | ① | 0.59 |
| 503 | Handkerchief** | ① ② | 0.62 |
| 404 | Mirror** | ① | 1.64 |
| 416 | Laundry Powder Clear Bag** | LOC ① | 1.16 |
| 409 | Toilet Paper** | LOC ① ② | 0.61 |
| 428 | Pinochle Cards** | ① ② | 1.36 |
| 429 | Poker Cards** | ① ② | 0.64 |
| 500 | Shower Shoes** | ⑤ ⑩ ① ⑳ ㉕ | 2.59 |
| 908 | AA Batteries** | LOC ① | 2.12 |

10/11

# EXHAUSTION

## OF

## All LEGAL REMedieS

See   Attach copyS
oF LETTER'S
21 PAGE'S






**STATE OF CONNECTICUT**
**JUDICIAL BRANCH**

**COURT OPERATIONS DIVISION**

**LEGAL SERVICES**
Martin R. Libbin, *Deputy Director, Legal Services*

*100 Washington Street, P.O. Box 150474*
*Hartford, Connecticut 06115-0474*
*(860) 706-5120 Fax (860) 566-3449*
*Judicial Branch Website: www.jud.ct.gov*

August 6, 2010

Mr. Velmon Braswell, #113932
Bridgeport Correctional Center
1106 North Avenue
Bridgeport CT 06604

RE: Freedom of Information Request

Dear Mr. Braswell:

Your June 7, 2010 letter to the Judicial Marshal Services at Superior Court, G.A. 1 in Stamford was sent to me yesterday. Enclosed are copies of the incident and use of force report that were created at that time. The reports identify the Judicial Marshals that were present.

I am in the process of trying to determine whether the Judicial Marshals have copies of any hospital records, per your letter.

Sincerely yours,

*Martin R. Libbin*

Martin R. Libbin
Deputy Director, Legal Services

Enc.

cc: Richard L. Zaharek, Director, Judicial Marshal Services

① P9

from: MR. Velmon BRASWell #113932       DATE 6/7/2010

Plaintiff

②

BCCC/ 37-B 1-4                    Criminal
1106 North Ave                    Case Number
Bridgeport, Ct 06604              CR0916858-1-S

Subject: Civil Right's Action's, body and Personal Injuries

TO: Connecticut court Marshel Service
Supuerior court G.A. 1
123 Hoyt Street
Stamford, Ct 06905
TO: Head Marshel, or court official's,
ON 4/28/2010 I VELMON BRASWELL, was in court in the
case stated above. ME and the Judge on the case had word's that
I did Not agree with so I ask to "Leave" the court room Note At this
time I had Leg "ShackLe" and I was in hand cuff's. Also "Note"
I did "Not" posed a "threat" to the Judge OR ANY of the
court official's OR Any other persons at the OR did "not" attempt
to "flee" at anytime. Also I was "Physicaly" injured to
my arm and left hand do to the "action's" of "3"
court marhel "officer's" the day in Question. I was
"force" unneessary by all officer's for reason's of
"prejudiced" and "BiAS Act and a Violation of
the 8th Amendment, Sixth Amendment, 14th Amendment,
and 5th Amendment. "NO" PERSON Shall Not be Put in
jeopardy of life and OR limb with out due process of Law OR
Also See Your connecticut constitution, Section's 5, 6, 7, 8, 9, 10, 14, 19 and 20
Also Note: I fear at this time for my "sefety" Especialy
do to the fact's stated above. I Know I was
over→


③

treated Unjustified by the officer's on the
day in Question?
I request at this time to have 1) all Info
from You "Head Marshel", 2) under freedom of
Informetion Acted, 3) under Civil Law, 4) I
request Also all the officer's full "Name's"
in this case of the day in Question, 5) request all
report's of the in Question, 6) All Hospital
reports taking from "Me" by one of Your
Marshal at the Stamford Hospital, 7) All
Witness statement of the day in Question and
8) All other Info in this case stated above
I await Your answer?
_MR. Head Marshel ?_            Plain tiff
                                BY Velmon Braswell
          "Your Very Truly    Velmon Braswell
P.S, I also request to keep the officer's"   DATE 6/7/2010
"away" from "me" Head Marshel?
Service by U.S. Mail to the Head Court Marshel
Office Superior Court Stamford Cf on this June
day of   7   2010

        _Notarized_      **John W. Banks**
                          **NOTARY PUBLIC**
/C To: Judge and Clerk of Court and D.A. on case,  **My Commission Expires December 31, 2012**
To: Attorency APonTE office
To: Civil Attorney office
To: Defeandant Family                    6-770
For: Defendant and Plaintiff File's





**STATE OF CONNECTICUT**
**JUDICIAL BRANCH**

**COURT OPERATIONS DIVISION**

**LEGAL SERVICES**
Martin R. Libbin, *Deputy Director, Legal Services*

*100 Washington Street, P.O. Box 150474*
*Hartford, Connecticut 06115-0474*
*(860) 706-5120 Fax (860) 566-3449*
*Judicial Branch Website: www.jud.ct.gov*

August 9, 2010

Mr. Velmon Braswell, #113932
Bridgeport Correctional Center
1106 North Avenue
Bridgeport CT 06604

RE: Freedom of Information Request

Dear Mr. Braswell:

I have provided to you, through the Department of Correction Freedom of Information Office, copies of the incident and use of force reports related to your April 28, 2010 court appearance.

Please be advised that the Judicial Marshals do not have copies of any of the discharge, after care instructions or other papers from the hospital which were provided to you at the time of your discharge from the hospital.

Sincerely yours,

Martin R. Libbin
Deputy Director, Legal Services

cc: Richard L. Zaharek, Director, Judicial Marshal Services





**STATE OF CONNECTICUT**
**JUDICIAL BRANCH**

**COURT OPERATIONS DIVISION**

**LEGAL SERVICES**
Martin R. Libbin, *Deputy Director, Legal Services*

*100 Washington Street, P.O. Box 150474*
*Hartford, Connecticut 06115-0474*
*(860) 706-5120 Fax (860) 566-3449*
*Judicial Branch Website: www.jud.ct.gov*

September 8, 2010

Mr. Velmon Braswell, #113932
Bridgeport Correctional Center
1106 North Avenue
Bridgeport CT 06604

RE: Freedom of Information Request

Dear Mr. Braswell:

I am in receipt of your August 21, 2010 letter and have requested additional information from the Judicial Marshal's Office regarding the names of staff at the courthouse on the dates you have inquired about, as well as if there are additional incident reports for the dates in July. I will be in touch after I receive materials from the Judicial Marshals Office.

I have also forwarded a copy of your letter to Richard Zaharek, Director of Judicial Marshal Services, with respect to your complaint about the treatment that you allege that you are receiving from the Judicial Marshals at the Stamford courthouse.

Sincerely yours,

Martin R. Libbin
Deputy Director, Legal Services



TO: MR. Martin R. Libbin, Director     Date 8/21/2010
     Plaintiff
From: MR. VElmon Braswell # 113932
     BCCC 37-B 1-4
     1106 North AVE
     Bridgeport Ct, 06604

I am writing you to State that I did get
your letter dated August 9, 2010. First I do
Not like the treatment I got on April 28, 2010
and yes two of your Marshals "did" take the
discharge paper's work At the Stamford hospital
and yes "Know" the two Marshals face's So again
look in it more.?

Also NOTE: I at this time would ask
you to also send me again under the Freedom
of Information "act" "all" the Name's of the
Judicial Marshal's on 4-28-2010 and Two "New"
act's by your Marshal's on 7-20-2010 with was
"Reported" to the State Police I was again
"assuited" by one of your Marshal's and
I again request his full Name?

see
copy →

Also the other act's on 7-27-2010 again I
was "assuited", "attack", and "Harsset", "Physiel"
hurt real bad. Again I did reported to the
Judge in my case. I also did motion the
court for a "Protective order" from Some of
your "biAs" Marshal's acts. Note: Need
all Name's?? I again request all Info
                              over →

74



From date's stated above Copys from acts ON **Arpil 28, 2010,** **July 20, 2010,** And **July 27, 2010.** NOTE: All the acts by your Marsbels who have "engaged" in conduct which in my judgement is offensive to the Defendent VElmon Braswell Personal Safely and his right's under the United States and Connecticut constition's a big Viotion's of his 5th, 6th 8th, 13th, and 14th, Amendmant's. So do to the ongo "retaliation's by some of your Judicial Marshel's / request all INfo, above in this matter's A.S.A.p?

Thank you for your prompt attention to this real matter or matter's

C/C

Plaintiff

Plaintiff Family

Civih Attorney

To Clerk of Court

Very truly
VElmon Braswell
X Velenm Braswell     DATE 8/21/2010
1106 North AVE
Bridgeport Ct 06604

Notaized

I VElmon Braswell send by US. mail to martin Libbin Deputy Director, legal Services. 100 Washington Street P.O. Box 150 474 Hartford, Ct 06115-0474. This 21 day of August 2010



# STATE OF CONNECTICUT
## *DEPARTMENT OF CORRECTION*
### 24 WOLCOTT HILL ROAD
### WETHERSFIELD, CONNECTICUT 06109
*Freedom of Information Office*

Joan M. Ellis
Administrator

Phone: 860-692-6290
Fax: 860-692-7873

Martin R. Libbin, Deputy Director
ST of CT Judicial Branch
P.O. Box 150474
Hartford CT 06115

September 27, 2010

Re: Freedom of Information Request
    Velmon Braswell, # 113932

Dear Attorney Libbin:

Commissioner Leo Arnone has asked that I respond to your correspondence concerning the Freedom of Information request of Velmon Braswell # 113932 .

The requested document does not fall within the parameters of **C.G.δ 1-210.(b) ( 18)** and has been released to the requester.

Sincerely,

Joan M. Ellis, Administrator
Freedom of Information Office

CC: DW Hannah, BCC

RECEIVED
2010 SEP 29 P 2: 15
CT JUDICIAL BRANCH
LEGAL SERVICES

*An Equal Opportunity Employer*





**STATE OF CONNECTICUT**
**JUDICIAL BRANCH**

**COURT OPERATIONS DIVISION**

**LEGAL SERVICES**

Martin R. Libbin, *Deputy Director, Legal Services*

*100 Washington Street, P.O. Box 150474*
*Hartford, Connecticut 06115-0474*
*(860) 706-5120 Fax (860) 566-3449*
*Judicial Branch Website: www.jud.ct.gov*

November 22, 2010

Mr. Velmon Braswell, #113932
Walker Correctional Institution B1-05
1153 East Street South
Suffield, CT 06080

RE: Freedom of Information Request

Dear Mr. Braswell:

I am in receipt of you November 17, 2010 letter (copy enclosed). I wrote to you on September 20, 2010 and enclosed the material, but forwarded the correspondence to the Department of Correction Freedom of Information Office, as provided by law and implementing procedures. By letter dated September 27, 2010 (copy enclosed), I was advised by Joan Ellis, Administrator of the Department of Correction Freedom of Information Office, that the records had been released to you. Therefore, I suggest that you contact that office regarding your records. If they need me to send an additional copy to them, I will need for them to make such a request.

Sincerely yours,

Martin R. Libbin
Deputy Director, Legal Services

Enc.

cc: Department of Correction, Freedom of Information Office

TO: MArtin R. Libbin                    DatE 11-17-2010
    Deputy DirectoR, Legal Services

from: MR. VElmow BrasweLL #113932
New         WAlKeR correctional Institution B1-05
Addriss     1153 East Street South
            Suffield, Ct 06080

Dear. MR. Libbin  I am writing you to let you
Know that I have Note: recever OR got ANY
incident Report's from July 20 OR July 27 of
2010 of this year. I again ask you to Send All
incident Report's of the day's in question 13 PAGE
You Stated in your letter dated 9-20-2010 Note I
did have the Money sent to you in the amount
$3.25. Also Note: I was Moved the a new Addriss
Stated Above? So I awAit your answer,

            I Thank you again For your
            Time in this above Matter.
                         Velmon Beelell 11-17-2010

RECEIVED
2010 NOV 18 P 2: 12
LEGAL SERVICES
CT JUDICIAL BRANCH

Velmon Braswell, No:113932
MacDougall-Walker CI
1153 East Street South
Suffield, CT. 06080

Joan M. Ellis, Aministrator
STate of Connecticut
Department of Correction
24 Wolcott Hill Road
Wethersfield, CT. 06109
Att: Freedom Of Information Office

Re: Requested documents from Incident Reports of July 20,2010
    and July 2̸7̸, 2010, Not Received or Released to the FOI
    Requestor Velmon Braswell, No: 113932.

Dear Ms. Ellis.

Again I write to you to request the "Incident Reports" from
Martin R. Libbin, Deputy Director Legal Service for the Judicial
Marshals Service, whom I am filing a Civil Rights Complaint
with the U.S. District Court and the information you have is
needed to file my complaint. NOTE: I have a copy of your dated
September 27, 2010 to Mr. Libbin that your office released the
Information to me? But, I have "NOT" received NONE of the
Incident Reports from the dates in question July 20, 2010 and
July 27, 2010. I am sending you copies of the 2 letter I got
from Mr. Libbin letters dated September 20, 2010 and November
22, 2010 and a copy of your letter Ms. Ellis to Mr. Libbin
stating the reports were released to me? Also a copy of the
money I sent to get get the copy to Mr. Libbin in the amount
$3.25 for 13 copies on with in this letter dated 11-22-2010
that he send you the copies. So Ms. Ellis I have been waiting
and writing to get this information for 4 months and NO answer
yet?

I thank you for hearing my request and hope to hear from you
A.S.A.P.

Sincerely,
X Velmon Braswell
Velmon Braswell
Dated: February 8, 2011

Service by U.S. Mail to the office of Joan M. Ellis,
Administrator Office, Wethersfield, CT. 06109, Freedom of
Information Office.

Subscribed and sworn to
before me this ____9____ ,
day of ___February___ ,2011.

Shane W. Mortimer
Notary Public
My Commission expires 9/30/2013

cc: Braswell Files



# STATE OF CONNECTICUT
*DEPARTMENT OF CORRECTION*

### COMMUNITY CORRECTIONAL CENTER - BRIDGEPORT
1106 NORTH AVENUE, BRIDGEPORT, CONNECTICUT 06604

To:       CCS Andrea Baker
Date:     February 15, 2011
Subject:  Freedom of Information Request – Inmate Velmon Braswell #113932

Attached is a response to the request received from Inmate Velmon Braswell #113932 for documentation specific to a CT Judicial Branch incident report. Please have Inmate Braswell sign for the documentation (14 pages) and have the signed receipt returned to this office via fax at ██████████

Thank you for your assistance to this matter.

Sincerely,

Amonda Hannah
Deputy Warden

C:    Joan Ellis, FOI Administrator

Send Letter to MR Libhin on 3-19-2011



**STATE OF CONNECTICUT
JUDICIAL BRANCH**

**COURT OPERATIONS DIVISION**

**LEGAL SERVICES**

Martin R. Libbin, *Deputy Director, Legal Services*

*100 Washington Street, P.O. Box 150474
Hartford, Connecticut 06115-0474
(860) 706-5120 Fax (860) 566-3449
Judicial Branch Website: www.jud.ct.gov*

May 16, 2011

Mr. Velmon Braswell, #113932
McDougall Correctional Institution
1153 East Street South
Suffield, CT 06080

RE: Freedom of Information Request

Dear Mr. Braswell:

I received your May 5, 2011 Freedom of Information request on May 10 and have asked the
Judicial Marshals' Office to provide me with any responsive materials. I will advise you when I
receive a response from the marshals regarding what, if any, additional records they have
regarding the three dates you have inquired about.

Sincerely yours,

Martin R. Libbin
Deputy Director, Legal Services

(14)

Mr. Martin R. Libbin
100 Washington Street
Hartford, Ct. 06115-0474

Deputy Director, Legal Srv.

RE: Freedom of Information Request

May 5, 2011

Dear Mr. Libbin,

I am writing to your office, in order to request information in
regard to the following incident(s) that occurred on the following
dates: 4/28/10, 7/20/10, and 7/27/10, while I was in the custody
of the Judicial Marshall Service at Stamford, Connecticut.

Incident one on 4/28/10. I am requesting that the Judicial Marshall
Service to disclose all photographs, videos(in all relevant locations),
objects, materials, within the knowledge and possession of the
Judicial Marshall Service at Stamford Superior Court lockup etc.

In addition, I ask that I be provided with a statement from the
Judicial Marshall who escorted me to the hospital on 4/28/10.

Incident two on 7/20/10. I am requesting all photographs, videos
of all relevant locations, objects, material within the knowledge
and possession of the Judicial Marshall Service at Stamford Superior
Court.

In Addition, I ask that I be provided with the photographs Judicial
Marshall Joe Suda took of the side of my face&head. **Note: The State
Police upon my request were called On 7/21/10 concerning the assault
on me. Said assault was also reported to the court/Judge Wenzel on the
same day. Therefore, I further request all reports from State Police
and Marshall Service.**

Incident three on 7/27/10. I am requesting all photographs, video
of all relevent locations, objects and material within the knowlege
and possession of the Judicial Marshall Service Of Staford. I further
request that I be provided with all and any reports made by the
following Judicial Marshalls listed below, or reason why they failed
to submitt reports for this(7/27/10) incident and all others that
are relevant.

(15)

Reports requested from the following Judicial Marshalls: Marshall Caribe, Chief Corley, and Supervisor Birch. **Note: in addition I request the name(s) of the Marshall's who picked me up from Bridgeport Correctional Center on all the above mentioned incident date**

Mr. Libbin, please be advised that I am still waiting for the report regarding the incident that occurred on 7/20/10.

Thank you for your time and assistance with this matter. I look forward to hearing from your office at the earliest possible date.

Sincerely,

Mr. Velmon Braswell #113932
Mcdougall C.I.
1153 East Street South
Suffield, Ct. 06080

Subscribed and Sworn before me this____5____day of _May_ 2011
2011.

____5-5-11____
Dated

Notary

Shane W. Mortimer
Notary Public
My Commission expires 9/30/2013



**STATE OF CONNECTICUT**
**JUDICIAL BRANCH**

**COURT OPERATIONS DIVISION**

**LEGAL SERVICES**
Martin R. Libbin, *Deputy Director, Legal Services*

*100 Washington Street, P.O. Box 150474*
*Hartford, Connecticut 06115-0474*
*(860) 706-5120 Fax (860) 566-3449*
*Judicial Branch Website: www.jud.ct.gov*

June 3, 2011

Mr. Velmon Braswell, #113932
McDougall Correctional Institution
1153 East Street South
Suffield, CT 06080

RE: Freedom of Information Request

Dear Mr. Braswell:

In response to your May 5, 2011 Freedom of Information request, please be advised as follows:

1. Other than documents that were previously provided, the only other document related to the April 28, 2010 incident that is responsive to your request is your June 7, 2010 two page letter to the Judicial Marshal Service at G.A. 1. The cost for a copy of your letter is $0.50.

2. With respect to your request for a statement from the marshal that took you to the hospital, the Freedom of Information Act does not require that a statement be created.

3. With respect to the July 20, 2010 incident, there are three photographs of you. In addition, we have a copy of the court security camera recording for July 20, 2010. Furthermore, there is a two page witness statement by Joseph Suda to the State Police and a one page report by you to the State Police regarding the July 20, 2010 incident. Finally, there is a one page Marshal Incident Report form and a one page Use of Force report for the July 20, 2010 incident. The cost for the photographs and documents are $0.25 a page. The cost for a copy of the security camera recording is $37.49. It should be noted that in order to view security camera recording, you need access to a computer with Windows XP operating system.

4. With respect to the July 27, 2010 incident, you have been provided with copies of all of the responsive records that exist. There is no obligation for the Judicial Branch to explain why specified individuals did not complete a report.

5. The names of the Judicial Marshals that transported you to court are as follows:

April 28: Corey Frost and Philip Broadnax
July 20: Corey Frost and Philip Broadnax
July 27: Corey Frost and Suzann Monaco

Please let me know which of the above items you would like. If you intend to pay by check, your check should be made payable to "Judicial Branch, State of Connecticut". If you want all of the items, the total cost is $39.99. Upon receipt of your payment, the records will be forwarded to you through the Department of Correction Freedom of Information Office. It is up to that office to determine what materials you actually receive.

Sincerely yours,

Martin R. Libbin
Deputy Director, Legal Services

2

①

TO: MR. Libbin, Deputy Director Legal Services 6/22/2011
100 Washington Street P.O.Box 150474
Hartford, ct 06115-0474

FRom: MR. VElmon BRASwell #113932
MACDougall C.I. H-81
1153 East Street South
Suffield, ct 06080

RE: Freedom of INformation request for Name's in full and
for Judicial Branch or Marshek's "RemEdies" for issue's and
ComplAint's "PersoN" oR ADMiNistRAtive PRocedure?? need
All Info, above.

Dear, MR. Libbin oR Attorney
First thank you for your response's to My letter of may 5,2011
and thank's for your answer's over the Phone on 6-15-2011.
But I write you again to get more Info under F.O.I

4-28-2010 1) I again request the full Name of the 4-28-2010
first Incident? Note; I Know two of the Marshek's full
Name's one is "Peter Ferraro" and the other is "Jason walker"
but the one who took my PaPeR work at the hospital so
again "request" his full Name?

7-20-2010 2) Request "All Name's in the "Secord" Incident again
I Know one was a Supervisor "Joe Suda" and the other
Is Supervisor Chief MR. Corley who I request his full Name.
Also request the "full Name's of the Marshels
over →

② of the Incident of 7-20-2010 Note: MR Libbn I have been requesting the Name's of the Marshel's For the last 10 and ½ Month's ?? So again Need full Names of the two MArshels. ?

7-22-2010  3) The Third Incident: again I request all "full" "Name's" of ① Chief. Marshel Corley ② marshel Martine: ③ marshel Caribe ④ marshel Alvardo ⑤ MARSHEL Ferrar c

4) Also request "All" Judicial AOministrative PRaedure OR Person who take's Complaint or issue's for the Judicial Marshel's to Remedie issues or complaints." if Any

5) All Adove Info are under the freedom of Information act with I have the "right" to have and get from You and the other's Stated above.

I again Thank you for your time and awnit your answer and hope to here from you soon, OR A.S.A.P.

Sincerely,
Velmon Braswell
X Velmon Braswell

c/c in File
c/c to F.O.I
c/c To Mr Libbith

Date 6th 2011        Subscribed and Sworn before me this
                              22 day of June, 2011

Shane W. Mortimer
Notary Public
My Commission expires 9/30/2013

6/22/11



**STATE OF CONNECTICUT**
**JUDICIAL BRANCH**

**COURT OPERATIONS DIVISION**

<u>**LEGAL SERVICES**</u>
Martin R. Libbin, *Deputy Director, Legal Services*

*100 Washington Street, P.O. Box 150474*
*Hartford, Connecticut 06115-0474*
*(860) 706-5120 Fax (860) 566-3449*
*Judicial Branch Website: www.jud.ct.gov*

July 11, 2011

Mr. Velmon Braswell, #113932
McDougall Correctional Institution
1153 East Street South
Suffield, CT 06080

RE:  Freedom of Information Request

Dear Mr. Braswell:

Your June 22, 2011 Freedom of Information request was received on July 1, while I was out of the office for a few days.  I am in the process of contacting the Judicial Marshals to see what additional information is available that is responsive to your requests.

I hope to have an answer within a week.

Sincerely yours,

Martin R. Libbin
Deputy Director, Legal Services