UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VELMON BRASWELL | : | CIVIL NO. 3:11CV1565 (RNC) |
| v. | : | |
| VICTOR CONLEY, ET AL. | : | FEBRUARY 7, 2012 |

### APPEARANCE

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel for all defendants, in the above-captioned case.

Dated at Hartford, Connecticut, this 7th day of February, 2012.

        DEFENDANTS
        Victor Conley, Et Al.

        GEORGE JEPSEN
        ATTORNEY GENERAL


BY: /s/_____
    Robert B. Fiske, III
    Assistant Attorney General
    110 Sherman Street
    Hartford, CT 06105
    Federal Bar #ct17831
    E-Mail: robert.fiske@ct.gov
    Tel.: (860) 808-5450
    Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 7th day of February, 2012 to:

Velmon Braswell, Inmate #113932
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410

      /s/_____
Robert B. Fiske, III
Assistant Attorney General